FILED
August 23, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                          )<br>            Plaintiff,                       )<br>v.                                                       )<br>                                                          )<br>CLIFFORD PALM ,                      )<br>                                                          )<br>            Defendant.                   ) | Case No. CR. S-07-0366 GEB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>CLIFFORD PALM</u>, Case No. <u>CR. S-07-0366 GEB</u>, Charge <u>Title 18 USC § 1341</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    X    Bail Posted in the Sum of $ _50,000.00_ _Co-signed by wife_

    X    Unsecured Appearance Bond

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond with Surety

    __   Corporate Surety Bail Bond

    X    (Other) _Pretrial Services Supervision_
          _of conditions of release._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  <u>Sacramento, CA</u>  on  <u>August 23, 2007</u>  at  <u>3:10</u>  pm .

                                                                    By   _/s/ Dale A. Drozd_
                                                                            Dale A. Drozd
                                                                            United States Magistrate Judge